UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------------x
THE ALGER FUNDS ET AL.                         :
                                               :       19-cv-02758-CM
                Plaintiffs,                    :
                                               :       JOINT STATUS REPORT
        v.                                     :
                                               :
SIGNET JEWELERS LIMITED, ET AL.,               :
                                               :
                Defendants.                    :
-------------------------------------------------------------------x
-------------------------------------------------------------------x
PENNANT MASTER FUND, LP., ET AL.               :
                                               :       19-cv-02757-CM
                Plaintiffs,                    :
                                               :       JOINT STATUS REPORT
        v.                                     :
                                               :
SIGNET JEWELERS LIMITED, ET AL.,               :
                                               :
                Defendants.                    :
-------------------------------------------------------------------x
-------------------------------------------------------------------x
MARCATO    LP,  AND   MARCATO                  :
INTERNATIONAL MASTER FUND, LTD.                :       19-cv-09917-CM
                Plaintiffs,                    :
                                               :       JOINT STATUS REPORT
        v.                                     :
                                               :
SIGNET JEWELERS LIMITED, ET AL.,               :
                                               :
                Defendants.                    :
-------------------------------------------------------------------x
-------------------------------------------------------------------x
SCOPIA WINDMILL FUND LP, ET AL.                :
                                               :       19-cv-09916-CM
                Plaintiffs,                    :
                                               :       JOINT STATUS REPORT
        v.                                     :
                                               :
SIGNET JEWELERS LIMITED, ET AL.,               :
                                               :
                Defendants.                    :
-------------------------------------------------------------------x
```

**JOINT STATUS REPORT**

This Joint Status Report concerns the above-captioned actions (the "Direct Actions"). The Direct Actions have been stayed by agreement of the parties and the Court (with comments) pending the conclusion of the Class Action (In re Signet Jewelers Limited Securities Litigation, 16-cv-06728-CM-SDA), such stays being entered on: May 14, 2019 (Alger), May 29, 2019 (Pennant), November 5, 2019 (Scopia), and November 5, 2019 (Marcato).

The relevant stipulations all require that, at six-month intervals, the parties provide the Court a joint status update. The parties respectfully submit this update as applying to each of the four above-captioned actions and providing information regarding matters since the prior update filed on November 14, 2019.

- The parties have been in communication about these matters.
- The parties have exchanged certain information regarding plaintiffs' trading.
- Plaintiffs have indicated an intention to opt out of the Class Action settlement and pursue their direct claims.
- The parties understand the stay will terminate by its terms upon entry of final judgment in the Class Action, which may occur on or near July 21, 2020, should the Court approve the settlement and enter judgment.

The parties have no other meaningful updates to provide the Court.

Respectfully submitted,

DATED:  May 13, 2020

| LOWENSTEIN SANDLER LLP | WEIL, GOTSHAL & MANGES LLP |
|---|---|
| /s/  Richard A. Bodnar | /s/  Stacy Nettleton |
| Richard A. Bodnar | Stacy Nettleton |
| 1251 Ave. of the Americas | 767 Fifth Ave. |
| New York, NY 10020 | New York, NY 10153 |
| rbodnar@lowenstein.com | stacy.nettleton@weil.com |
| 973.422.6476 | 212.310.8872 |
| *Attorneys for the Direct Action Plaintiffs* | *Attorneys for Defendants* |